# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>JEFFREY SCOTT HOBGOOD<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:23MJ 433 |

FILED
in the Middle District of North Carolina
October 13, 2023
8:46 pm
Clerk, US District Court
By: dmk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JEFFREY SCOTT HOBGOOD ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Date: 10/13/2023

*Issuing officer's signature*

City and state: Winston-Salem, North Carolina

Hon. Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*