AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FID 11605375

FILED OCT 18 2023

| United States of America | ) |
|---|---|
| v. | ) |
| JEFFREY SCOTT HOBGOOD | ) Case No. 1:23MJ 433 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JEFFREY SCOTT HOBGOOD
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Date: 10/13/2023

*Issuing officer's signature*

City and state: Winston-Salem, North Carolina

Hon. Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/13/2023, and the person was arrested on *(date)* 10/16/2023
at *(city and state)* Troy, NC.

Date: 10/17/2023

*Arresting officer's signature*

FBI Special Agent Michael Stone
*Printed name and title*