IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR349-1 |
| | : | |
| JEFFREY SCOTT HOBGOOD | : | |

The Grand Jury charges:

## COUNT ONE

On or about June 14, 2022, in the County of Montgomery, in the Middle District of North Carolina, JEFFREY SCOTT HOBGOOD did knowingly and willfully transmit in interstate and foreign commerce a communication, an email, which contained threats to injure the person of another; in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

On or about October 11, 2023, in the County of Montgomery, in the Middle District of North Carolina, JEFFREY SCOTT HOBGOOD did knowingly and willfully transmit in interstate and foreign commerce a communication, an email, which contained threats to injure the person of another; in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about October 13, 2023, in the County of Montgomery, in the Middle District of North Carolina, JEFFREY SCOTT HOBGOOD did knowingly and willfully transmit in interstate and foreign commerce a communication, an email, which contained threats to injure the person of another; in violation of Title 18, United States Code, Section 875(c).

DATED: October 30, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: JOANNA G. MCFADDEN
Assistant United States Attorney

A TRUE BILL:

███████████████
FOREPERSON