IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:23CR349-1 |
| | : | |
| JEFFREY SCOTT HOBGOOD | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

I. *On October 11, 2023, Jeffrey Scott Hobgood emails a death threat to Jewish victims.*

On October 11, 2023, the Director of Safety and Security (hereinafter, the "Director") at a Jewish organization (hereinafter, the "organization") located in Charlotte, North Carolina, contacted the Federal Bureau of Investigation's (FBI) Charlotte field office. The Director provided a screenshot of an email that the email address "hobgoodscott320@yahoo.com" had sent to a generic informational email address (hereinafter, the "victim email address") associated with the organization. The email stated:

> Israeli jews of david star,
> I am going to take every one of you out in a way,
> that is your highest displeasure 10 fold.
> You will beg for your life.

> Guess what?
> It won't be the last time.
> I own your asses, because of imposing on others free will.
> So you semite pieces of shit - will be annihilated.
> It won't stop there, you will find out.
> You can't stop what is coming.
> And.
> You couldn't stop me even if your god was real . . .
> JSH
>
> J. Scott Hobgood

The defendant, Jeffrey Scott Hobgood, sent this email four days after militants with Hamas, a group designated by the United States government as a terrorist organization, entered Israel from the Gaza Strip and proceeded to murder or kidnap multiple residents of Israel. This attack was widely covered by various news organizations.

FBI Charlotte obtained a copy of the email, which was transmitted in interstate commerce from the "hobgoodscott320@yahoo.com" email address to the victim email address. Through a search of law enforcement databases related to "J. Scott Hobgood" and the email address "hobgoodscott320@yahoo.com," FBI Charlotte personnel learned that on September 21, 2022, C.H. advised the FBI Johnson City Resident Agency that her brother, Jeffrey Scott Hobgood, had threatened her and the FBI. C.H. reported these threats to the local police in Tennessee, where she resided, and

Troy, North Carolina, where Hobgood resided. C.H. advised that Hobgood referenced "telling your boy he will hang," as well as comments about hanging C.H.'s husband. C.H. provided the email addresses "hobgoodscott320@yahoo.com" and "allfrmone1@yahoo.com" as ones associated with Jeffrey Scott Hobgood. She further advised that he lived at 218 Bruton Street, Apartment 3, Troy, North Carolina, 27371.

FBI personnel further learned that on or about June 16, 2022, C.H. reported to the Carter County, Tennessee Sheriff's Office that on June 14, 2022, her brother, Jeffrey Scott Hobgood, sent her multiple threatening emails between the hours of 1 p.m. and 5 p.m.

North Carolina Department of Motor Vehicles records identified a "Jeffrey Scott Hobgood" as residing at 218 Bruton Street, Apartment 3, Troy, North Carolina, 27371.

II. *Law enforcement confronts Hobgood about the death threats.*

On October 11, 2023, FBI Charlotte contacted the Troy Police Department (TPD) about Hobgood, who had also received communications from the Charlotte-Mecklenburg Police Department (CMPD) regarding the same. CMPD requested that TPD contact Hobgood and ask him to call the CMPD.

3

Officers with TPD went to Hobgood's residence at 218 Bruton Street. Hobgood was home at the time. TPD officers asked Hobgood to call CMPD and he refused. TPD officers then asked Hobgood about the threatening communication described above. Hobgood admitted to sending an email to a Jewish center in Charlotte, but advised officers that the content of the email was "none of their business" and ordered them to leave his property. Hobgood further made statements about it being "dangerous" for them if they stayed on his property.

  III. *Two days after law enforcement comes to his home, Hobgood sends a second threatening email to the same Jewish victims.*

On October 13, 2023, the organization received another email from "hobgoodscott320@yahoo.com" at the same victim email address. The email stated:

> Dear Lucifer/Satan shitbirds,
>
> Do you really think the united states of America is going to let you people suck us dry. Fat chance. Guess what happens to traitors? Guess what happens to dual citizenship? Public execution. We are at war bitches and your citizens started it. Guess who's going to finish it? If you think you semite pieces of shit are going to win, then you are delusional.
>
> JSH

4

Case 1:23-cr-00349-UA   Document 22   Filed 12/26/23   Page 4 of 7

The email included an image of a quote attributed to the current Prime Minister of Israel, and a graphic of headshots of individuals purportedly associated with multiple news media organizations, with stars of David affixed to the upper left-hand corner of each headshot. The email ended with the name "J. Scott Hobgood."

Hobgood's email routed from the victim email address to the email address of another person associated with the organization, D.V., who then forwarded it to the Director, the Chief Executive Officer of the organization, and two other individuals. D.V. wrote: "Please see below, appears to be the same individual. Let me know what information you need from me." The Chief Executive Officer then forwarded that email to three new recipients while including the original recipients, writing: "I'm forwarding [D.V.]'s email below since [the Director] is out on a personal matter this weekend. Please pursue this asap with law enforcement as it's the second hostile and threatening message from the same person."

IV. *The FBI arrests Hobgood at his residence in Troy.*

On October 16, 2023, the FBI arrested Hobgood on a federal criminal complaint and executed search warrants on his electronic devices. The email program in more than one of the searched devices used the email address "hobgoodscott320@yahoo.com."

5

This the 26th day of December, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY


/S/ JOANNA G. MCFADDEN
Assistant United States Attorney
Deputy Chief, Criminal Division
NYSB No.: 4500948
NCSB No.: 60561
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

/S/ JOANNA G. MCFADDEN
Assistant United States Attorney
Deputy Chief, Criminal Division
NYSB No.: 4500948
NCSB No.: 60561
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351